Form 1-1

**FORM 1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TA CHEN INTERNATIONAL, INC.,<br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                    Defendant. | **S U M M O N S**<br><br>**Court No. 25-259** |

**TO:**   The Attorney General and the Secretary of Homeland Security

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

**PROTEST**

| Port of Entry: | 4601 (New York/Newark) | Date Protest Filed: | 06/05/2025 |
|---|---|---|---|
| Protest Number: | 4601-25-138571 | Date Protest Denied: | 07/02/2025 |
| Importer: | Ta Chen International, Inc. | | |
| Category of Merchandise: | Aluminum Foil | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8FV-0002595-1 | 03/06/2025 | 05/05/2025 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jeremy W. Dutra
Squire Patton Boggs (US) LLP
2550 M Street, NW, Washington, DC 20037
(202) 626-6600; jeremy.dutra@squirepb.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | **Classification, Rate or Amount** | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: 19 U.S.C. § 1514(a)(2) and (5): the liquidation of the entry with improper assessment of section 232 aluminum duties

The issue which was common to all such denied protests:

Whether Customs erred in liquidating the imported aluminum foil with the section 232 aluminum duties CBP calculated. CBP issued a CF-29 to Ta Chen on or about May 5, 2025 asserting overuse of section 232 exclusion ID APR432766. CBP rejected application of the exclusion to Line 002 of the entry summary in its entirety and subsequently issued an invoice in the amount of $7,182.60 plus interest. But volume remained under the exclusion for a portion of Line 002. By failing to permit Ta Chen to apply the full volume of the section 232 exclusion to the entry, CBP deprived Ta Chen of its rights under the BIS granted exclusion, thus resulting in an incorrect duty and interest assessment.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jeremy W. Dutra
*Signature of Plaintiff's Attorney*

November 12, 2025

Form 1-3

**SCHEDULE OF PROTESTS**

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025.)